EOD 1/12/00

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT

00 JAN 11 PM 1:37

TX EASTERN-BEAUMONT

BY _____

| | | |
|---|---|---|
| JASON ACHEE, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:98-CV-1554 |
| | § | JURY |
| PORT DRUM COMPANY, ET AL | § | JUDGE FISHER |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS'
### MOTION FOR SUMMARY JUDGMENT
### AGAINST 134 NON-RESPONDING PLAINTIFFS

The Court has considered the motion for summary judgment filed by defendants (Chevron Chemical Company, Chevron U.S.A., Inc., Exxon Corporation, Exxon Chemical Company, U.S.A., Exxon Chemical Americas, Exxon Chemical Interamerica Inc., Fina Oil and Chemical Company, Gulf Oil Corporation, Huntsman Petrochemical Corporation, Mobil Chemical Company, Inc., Mobil Oil Corporation, Neches Butane Products Company, Pool Company (Texas) Inc., Pool Energy Services Co., Shell Oil Company, Star Enterprise, Sun Company Inc., Sun Company, Inc. (R & M), Sun Oil Company, Texaco, Inc., Texaco Refining and Marketing, Inc., Quantum Chemical Corporation n/k/a Millennium Petrochemical Inc., Port Drum Company and E. I. du Pont de Nemours & Company) against 134 Plaintiffs (identified in the attached list marked as Exhibit C-1) who failed to provide to the Defendants responses to Plaintiff information questionnaires. The Court is of the opinion that the Defendants' motion has merit and should be granted.

It is therefore ORDERED that Defendants' Motion for Summary Judgment Against 134 Non-Responding Plaintiffs is GRANTED. These 134 Plaintiffs identified on the attached list shall



EXHIBIT C

TAKE NOTHING against the above-named Defendants.

This is a FINAL JUDGMENT.

SIGNED this the _11_ day of _January_, ~~1999~~. 2,000

_____
U. S. DISTRICT JUDGE

## PLAINTIFFS' EXHIBIT "C-1"

Jason Ray Achee
Rudy Achee
Nickie Albert
Victorius Deonarain
Jaqual Albert
Barbara Jean Andrews
Willie Asberry
Karry L. Banks
LaShara Banks
Misty Banks
Barbara January Barnes
Keisha Bazile
Kaylon De'Von Anderson
Keosha Chermaine Polk
Diana Bell
Denise Ann Benoit
Alvin Berrod Jr.
Pauline Broussard
Willie Broussard
Laura Faye Burnette
Leroy Chaney
Aaron Chretien
The Estate of Ms. Gloria Sutton
Wendel James Chretien
Jimmy Clay (D.O.B. 11-18-56)
Johnnie R. Coleman
Daria Collins
Gilbert Collins
Maxine Cowart
Kathie Jean Davis
April Dawn Dennis
Michael G. Ellas
Virgin Fisher
Pamela R. Forney
Floyd Gans
Roxanne Glover
Kendall Paul Glover
Meagan Ronyell Glover
Charles Frederick Goodman
John C. Robinson
Alicia E. Gunner
Yolanda Gunner

James Gunner Banks
Delashondra Frank
Carl Handy
Vanessa Harris
Ronald Harris
Kristal Shepherd
Michael Harris
Tammy Coleman Harrison
Shawndria L. Simien
Christopher Jackson
Jimmie L. Jackson
Gloria Jacob
Renata Jacob
Rochelle Jacob (a minor)
Ronald Jacob Jr.
Ronnie Jacob (a minor)
Patricia Bailey Jacquet
Donald R. Jason
Trenenetta Jerry (a minor)
Decovin Jerry (a minor)
Byneshia Petrich (a minor)
Elizabeth Johnson
Frank Johnson
Gralyne V. Johnson Sr.
Larry Johnson
Alasandria Ra'Kale Jones
Cindy Jones
Evette Marie Joseph
Cindy Kennerly
Edna Lartigue
Vanessa Lazard
Johnny J. Caesar III
Bryan M. Moten
Reginald F. Lewis
Alvin Martin
Betty D. McCarver
Darvin Keith Davis
Herbert J. Mitchell
Ronald Mitchell
Shontell Mitchell
Ruthie Ann Orphe
Melvin Joseph Orphe
Robert E. Perry

**Exhibit C-1**                                       2

Willie Powe
Stephaney A. Prevost
Tuderriel Richmond
Albert Shields
Robert Lee Shields
Monica Lynn Simpson
Shekira M. Simpson
Dariante D. Edwards
Rayneshia Glover
Chester Sinegal
Peggy L. Smith
Donrick Marks
Christopher Marks
Graylon Renoir Proctor (a minor)
Rhonesha Latoi Proctor (a minor)
Royce Rashaad Proctor (a minor)
May Bell Stevens
Davis D. Stewart
Joseph Lee Thomas Jr
Fred Trice Jr.
Ellis R. Turner
Glenda White
Derandall White
Gloria Guidry Wilbert
Demone Wilbert
Donald Ray Williams Sr
Donald Ray Williams II
Roderick Williams
Paula Marie Wilson
Craig Wiltz
Qutisha Naycole Woodson
Odis Woodson Sparks Jr
Charles Ray Gilder
Kathryn Green
Brenda Harris
The Estate of Mr. Wilbert Harris
Jackie Ray Johnson
Mardry Montgomery Johnson
Halun Imana Harris
Sonita Juanita Harris
Betty Montgomery
Wattasha Ray Montgomery
Patrick Mouton

**Exhibit C-1**                                     3

Joseph H. Narcisse
Tiffany Marie Narcisse
Russell Henry (a minor)
Jada Henry (a minor)
Felecia Henry (a minor)
Mr. Bobby Zachary

**Exhibit C-1**                                4