FILED-CLERK
U.S. DISTRICT COURT
00 JAN 11 PM 1:37
TX EASTERN-BEAUMONT
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

EOD 1/12/00

| | |
|---|---|
| JASON ACHEE, ET AL § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:98-CV-1554 |
| § | JURY |
| PORT DRUM COMPANY, ET AL § | JUDGE FISHER |
| § | |
| Defendants. § | |

## ORDER GRANTING DEFENDANTS' MOTION
## FOR PARTIAL SUMMARY JUDGMENT
## AGAINST 104 PLAINTIFFS WITH NO MEDICAL PROBLEMS

The Court has considered the motion filed by defendants (Chevron Chemical Company, Chevron U.S.A., Inc., Exxon Corporation, Exxon Chemical Company, U.S.A., Exxon Chemical Americas, Exxon Chemical Interamerica Inc., Fina Oil and Chemical Company, Gulf Oil Corporation, Huntsman Petrochemical Corporation, Mobil Chemical Company, Inc., Mobil Oil Corporation, Neches Butane Products Company, Pool Company (Texas) Inc., Pool Energy Services Co., Shell Oil Company, Star Enterprise, Sun Company Inc., Sun Company, Inc. (R & M), Sun Oil Company, Texaco, Inc., Texaco Refining and Marketing, Inc., Quantum Chemical Corporation n/k/a Millennium Petrochemical Inc., Port Drum Company and E. I. du Pont de Nemours & Company) for a partial summary judgment as to 104 Plaintiffs (identified in the attached list marked as Exhibit A-1) who do not report health problems. The Court is of the opinion that such motion has merit and should be granted.

It is therefore ORDERED that Defendants' Motion for Partial Summary Judgment Against 104 Plaintiffs with No Health Problems is GRANTED and that the 104 Plaintiffs identified on the


EXHIBIT "A"

74

attached list shall TAKE NOTHING with respect to or on account of claims for personal injury herein.

SIGNED this the 11 day of January, 1999.

_____
U. S. DISTRICT JUDGE

# PLAINTIFFS' EXHIBIT "A-1"

Adams, Eva Jenkins
Taylor, Da'Londa (a minor)
Anderson, Pearla Mae
Armstead, Demourn Sr.
Armstead, Demourn Jr.
Atkins, Ezell Joseph Jr.
Augustine, Charlies
Augustine, Patricia Ann
Babineaux, Jonathan (a minor)
Baker, Rose Anne
Batiste, Leeanna
Benjamin, Joseph Jr.
Ratcliff, Chantel (a minor)
Brown, Kenya
Jack, Julian Cordell
Bryant, Olevia Helet-Louise (a minor)
Bryant, Dacia Donice (a minor)
Byrd, Tongania She'Ron
Cadora, Graceann
Campbell, Chester
Chatman, (Wiltz) Dorothy Marie
Parker, Keith
Parker, Kimberly
Dancy, Jr., Sherman J. (a minor)
Dankins, Willie Oneal
Davis, James Lee
Delmar, Jr., Charles
Delmar, Matthew
Diggles, Will
Drake, Wayne
Dumas, Mary
Duncan, Toby G.
Francis, John
Garlington, Nairobi (a minor)
Gibson, Christella Wiltz
Guidry, Lula
Hampton, Harold
Harris, Glen
Harris, Rosa Lee
Hatton, Georgiana Clara
Hatton, Johnny Craig

1

Haynes, Suzette Harris
Hull, Mable H.
Hurts, Jean
Hutchinson, Herbert
Jackson, Faron Keith
Jacobs, Kimberly Martin
Hill, Bruce Cody (a minor)
Jenkins, William John
Jerry, Laquinta
Johnson, Adriana Marie
Johnson, Barbara J. Hawkins
Johnson, Patricia
Jolivet, Enola
Jones, Traylon Keon (a minor)
Jones, Kaffey L.
Joseph, Alvin
Keller, Jr., Forest
Kelly, Cheryl Ann
Kelly, Gloria Dean
Kelly, Karen Joyce
Lewis, Jr., James
Living, Etienne
Lyons, Marsha
Mack, William Anthony
Orphe, Naomi
Pitre, Ramona
Randle, Avery John
Randle, Marvin
Rayford, William
Reed, Shanise (a minor)
Reed, Jeremiah (a minor)
Reed, Afreda (a minor)
Reed, Uvetta (a minor)
Reed, Jr., Willis (a minor)
Ruffin, John Charles (a minor)
Scott, Margia Nell
Sly, Ramsey
Spell, Delia A.
Strickland, Amerlee
Thomas, Darrell
Thomas, Leverta
Todd, Russell
Tyree, Pervis

**Exhibit A-1**                                        2

Valsin, Patrician Ann
Viltz, Rosina
Smith, Devon M. (a minor)
Durrousseau, Kenneth Raye (a minor)
White, Julia
Williams, John Douglas
Williams, Lovelace
Williams, Rachel
Wilson, III, Simmie
Wiltz, Jr., Joseph
Day, Junius M.
Eaglin, Francis
Ford, Diana
Francis, Regina
Moore, Lois
Moore, Marvin E.
Nichols, Terrel (a minor)
Nichols, LaShonda (a minor)
Washington, DeAndrea (a minor)
Youman, Carroll

**Exhibit A-1**                                3