IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
00 JAN 11 PM 1:37
TX EASTERN-BEAUMONT
BY _____

EOD 1/12/00

| | | |
|---|---|---|
| JASON ACHEE, ET AL | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:98-CV-1554 |
| | § | JURY |
| PORT DRUM COMPANY, ET AL | § | JUDGE FISHER |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' MOTION
FOR PARTIAL SUMMARY JUDGMENT
AGAINST 758 PLAINTIFFS WITH NO REAL PROPERTY OWNERSHIP**

The Court has considered the motion filed by defendants (Chevron Chemical Company, Chevron U.S.A., Inc., Exxon Corporation, Exxon Chemical Company, U.S.A., Exxon Chemical Americas, Exxon Chemical Interamerica Inc., Fina Oil and Chemical Company, Gulf Oil Corporation, Huntsman Petrochemical Corporation, Mobil Chemical Company, Inc., Mobil Oil Corporation, Neches Butane Products Company, Pool Company (Texas) Inc., Pool Energy Services Co., Shell Oil Company, Star Enterprise, Sun Company Inc., Sun Company, Inc. (R & M), Sun Oil Company, Texaco, Inc., Texaco Refining and Marketing, Inc., Quantum Chemical Corporation n/k/a Millennium Petrochemical Inc., Port Drum Company and E. I. du Pont de Nemours & Company) for a partial summary judgment as to 758 Plaintiffs (identified in the attached list marked as Exhibit B-1) who do not own real property and, therefore, cannot recover damages to real property. The Court is of the opinion that such motion has merit and should be granted.

It is therefore ORDERED that Defendants' Motion for Partial Summary Judgment Against 758 Plaintiffs with No Real Property Ownership is GRANTED and that the 758

75


EXHIBIT "B"

Plaintiffs identified on the attached list shall TAKE NOTHING with respect to claim for damage to real property only.

SIGNED this the 11 day of January 1999.

_____
U. S. DISTRICT JUDGE

## PLAINTIFFS' EXHIBIT "B-1"

Adams, Eva Jenkins
Taylor, Da'Londa (a minor)
Albert, Charles Ray
Alexander, Brenda
Henton, Jessica (a minor)
Henton, Lekahssia (a minor)
Alexander, Dennis Ray
Alexander, Poriverda
Alfred, Adam
Allen, Mamie
Allen, Pearlie M.
Anderson, Barbara
Anderson, Pearla Mae
Hartwell, Samuel Banks (a minor)
Antoine, Percy L.
Armstead, Demourn Sr.
Armstead, Demourn Jr.
Arvie, Bertha
Arvie, Gary Wayne
Ashford, Charlene
Atkins, Ezell Joseph Jr.
Atkins, Johnnie Pitts
Babaneaux, Tenita
Babineaux, II, Jeffery J.
Babineaux, Joshua J.
Babineaux, Jean C.
Babineaux, Jordan J. (a minor)
Babineaux, Jonathan J. (a minor)
Babino, Reginald
Babino, Robert
Babino, Ronald
Baker, Rose Anne
Williams, Derrick D.
Banks, J. B.
Banks, Joyce
Banks, Jason
Banks, Darlene (a minor)
Banks, Mary
Richmond, Aisha
Richmond, Cedric
Harris, James (a minor)

1

Harris, Shaniqua Harris
Banks, Wilma
Banks, Kaila (a minor)
Banks, Demario (a minor)
Barkers, Rodney Jerome, Sr.
Captain, Lovingly Queen (a minor)
Batiste, Leeanna
Bazile, Brian K.
Bazile, Michael W.
Bazile, Ron C.
Bell, Rose M.
Benjamin, Jr., Joseph
Benjamin, Patsy
Benjamin, Viola
Benton, Pauline
Benton, Tammie
Bernard, Jr., Edgar
Bernard, William
Berry, Gregory
Berry, Joseph
Bishop, Mable
Blanchette, Warren
Bonton, Dudley Wayne
Booker, Reta Evette
Boudreaux, Issac J.
Bray, Emma
Bray, Jr., Herman
Bray, II, Herman (a minor)
Bray, III, Herman (a minor)
Bray, Brittany (a minor)
Bray, Kenneth
Bromley, Teheerah
Bromley, Matthew (a minor)
Bromley, Jessica (a minor)
Bromley, Dartania
Bromley, Lakeya
Bromley, Lepisha
Bromley, Sr., Sherman
Brown, Adrian
Brown, Carolyn
Brown, Kevon (a minor)
Ratcliff, Chantel (a minor)
Brown, Kenya

**Exhibit B-1**                                        2

Brown, Pauline L.
Brown, Stephanie
Brown, DeQuincy (a minor)
Conyers, Jermaine J. (a minor)
Brown, Willie Mae (D.O.B. 3-14-54)
Broxton, Sr., Larry
Bryant, Sr., Peter
Jack, Julian Cordell
Bryant, Olevia Helet-Louise (a minor)
Bryant, Dacia Donice (a minor)
Bush, Barbara
Bush, Brandon (a minor)
Bush, Kendrick
Bush, Mary
Byrd, Harriet Fay
Byrd, John Ernest (Estate of)
Byrd, Tongania She'Ron
Byrd, Toniqua Symmet (a minor)
Cadora, Graceann
Campbell, Chester
Campbell, Priscilla
Carrier, Carolyn
Carrier, Keian
Carrier, Tasha
Williams, Sparkle Monique (a minor)
Williams, Leonard Joseph (Estate of)
Henderson, Marleshia Nicole (a minor)
Carrier, Wilford
Carter, Keisha
Carter, Ree Ether
Casimire, Sheila Denise
Charm, Jack
Charm, Betty Ann
Chorm, Patricia Welcome
Chorm, Sheena (a minor)
Clark, Jo Ann
Clark, Nathaniel
Clark, Christopher (a minor)
Clark, Karen Brown
Clark, Jr., Hebert Charles (a minor)
Dixson, Feldon Ravon (a minor)
Clifton, Meta N. Booker
Cole, Hendricka

**Exhibit B-1**                                             3

Cole, Mary
Collins, Charlotte Marie
Collins, Bryant Travis
Comeaux, Karen
Comeaux, Micheri (a minor)
Comeaux, Kayla (a minor)
Como, Dorothy
Mayfield, Kenneth (a minor)
Como, Christopher
Como, III, Henry (a minor)
Como, Sr., Harold
Como, Sr., Henry
Como, Jr., Henry
Como, Joseph
Como, Patricia
Como, Seawilla
Como, Thaddeus
Conner, Bessie
Conner, Duncan E.
Wilson, Akeem D. (a minor)
Conyers, Eric
Conyers, William
Cook, Bobby
Cook, Mary
Cormier, Paul Cleveland
Credit, Carl
Ray, Jr., Steven (a minor)
Ray, Quintin (a minor)
Ray, Brittany (a minor)
Ray, Brandon (a minor)
Dale, Janella
Dancy, Carolyn Lyons Parker
Parker, Alicia D.
Parker, Keith
Parker, Kimberly
Dancy, Jr., Sherman J. (a minor)
Dancy, Sherman
Daniels, Betty
Daniels, Darla Henton
Dankins, Audrey
Sims, Brianisha (a minor)
Dankins, Jr., Eddie (a minor)
Dankins, Eddie Ray

**Exhibit B-1**                                    4

Dankins, Willie Oneal
Darrington, Aletha
Davis, Carrie
Davis, Gloria Ann
Davis, James Lee
Davis, Jimmie Lee
Minniefield, Jr., Kenneth (a minor)
Minniefield, Amanda ( a minor)
Delmar, Sr., Charles
Delmar, Jr., Charles
Delmar, Donyel
Diggles, Will
Doucet, Sr., Floyd James
Doucet, Howard Joseph
Doucet, Theresa
Drake, Lawrence
Drake, Nancy
Dudley, Jr., Jasper
Dudley, Sr., Jasper (Estate of)
Dudley, Linda LaVaul (Estate of)
Duhon, Annette
Dumas, Mary
Dumes, Joyce Marie
Duncan, Toby G.
Eaglin, Mary Jo
Eaglin, Jossie Elizabeth
Eaglin, Scott (a minor)
Eaglin, Quintin Dale (a minor)
Eugene, Shawn
Evans, Christopher E.
Fentroy, Vanessa Gail
Fields, Agnes
Fisher, Dekobi
Fisher, Burnika (a minor)
Hollins, Nashunda (a minor)
Morris, Nicholas (a minor)
Fontenette, Fabara V. Booker
Fontenot, Herbert
Fontenot, Andrew (a minor)
Fontenot, Kiah (a minor)
Fontenot, Linda
Fontenot, Taneika
Foots, Mona Gail Arvie

**Exhibit B-1**   5

Foreman, Blake
Foreman, Gertie
Francis, Curtis R.
Francis, Jr., Lawrence
Francis, Sr., Lawrence
McCurray, Brittney (a minor)
McCurray, Darius (a minor)
Frank, Edward James
Frazier, Kenneth
Frederick, James
Frilot, Monica D.
Garlington, Sr., Abe
Garlington, Jean Ann Paris
Garlington, Nairobi (a minor)
Garner, Sr., Richard
Garner, Jr., Richard
Garner, Ruby
George, Charles Edward
George, Frances Yvonne W.
George, Patricia Yvonne
George, Tina
Getwood, Lawrencia (a minor
Getwood, Shawana
Gibson, Christella Wiltz
Gleas, Issac (Estate of)
Mullen, Albert (Estate of)
Gloston, Denise
Gloston, Jonathan (a minor)
Gloston, Porcha (a minor)
Glover, Catherine
Glover, Penny
Gobert, Eunice
Gobert, Michael
Goudeau, Rosalind
Goudeaux, Vanessa Breaux
Green, Julia
Green, Jr., Larry
Castillo, Alexis (a minor)
Green, Natasha (a minor)
Gueary, Jessie Jones
Guidry, Garland
Guidry, Lula
Guidry, Natousha

**Exhibit B-1**                                6

Pete, D'Vaunte (a minor)
Guidry, Wilson
Gunner, Gloria Jean
Gunner, Jr., Isaac
Hampton, Bernard
Hampton, Bernell
Hampton, Harold
Hampton, Ralph
Hampton, Ronald Lee
Harmanson, Ora Lee
Harper, Jr., William
Harris, Earline
Harris, Elton
Harris, Francis
Harris, Glen
Harris, Helen L.
Harris, Jarrod
Harris, Karen
Harris, Kashen Francis
Harris, Kevin
Harris, Lillian
Harris, Mary Ann
Harrison, Carolyn Brent
Antoine, Lashea Marie (a minor)
Hatton, Inez Marie
Hawklis, Doretha
Haynes, Susan
Haynes, Suzette Harris
Henley, Betty (Estate of)
Henry, Elnora
Henton, Deborah
Henton, Iesha (a minor)
Henton, Jerome
Henton, Jr., Willie
Hines, Angelique
Hines, Birdell
Hines, Fay Lynn
Hines, Jamon (a minor)
Hines, Geraldine
Hines, Willie Ray
Hood, Charlotte Richardson
Richardson, Cory (a minor)
Howard, Terrell

**Exhibit B-1**                              7

Hull, Columbus H.
Hull, George H.
Hull, Mable H.
Hunt, Margaret
Hurts, Jean
Iles, Mary
Jackson, Alvena Gale Rogers
Rogers, Rashad (a minor)
Jackson, Faron Keith
Jacobs, Kimberly Martin
Hill, Brandon (a minor)
Hill, Ahmad Rashad (a minor)
Hill, Bruce Cody (a minor)
Hill, LaTosha LaTuce (a minor)
Jacquet, Leroy
James, Jr., Issac
James, Latonya Lettrice
James, Sr., Herbert Lee
Walker, Marcel James
Jacquet, Vickie
Wycoff, Shayla (a minor)
Wycoff, Ashley (a minor)
January, Leola
Jenkins, Wallace
Jerry, Laquinta
Johnson, Adriana Marie
Johnson, Barbara J. Hawkins
Johnson, Leticia
Johnson, Marcella
Hopkins, Annunciata (a minor)
Johnson, Mary Alice
Johnson, Patricia
Johnson, Robert Lee
Johnson, Roy
Johnson, Theresa
Johnson, Laquinda (a minor)
Johnson, Daleth (a minor)
Johnson, Timmie Lee
Johnson, Wilhemina
Jolivet, Enola


Jones, Carolyn Ann

**Exhibit B-1**                                              8

Jones, Traylon Keon (a minor)
Jones, Daniel Alton
Jones, David McKinley
Jones, Dorothy
Jones, Gloria A.
Jones, Jacqueline C.
Jones, Louie Belle
Jones, Nathaniel
Jones, Sheila
Joseph, Alvin
Joseph, Jr., Daniel
Joseph, Donnell
Joseph, Dorothy McNeal
Joseph, Geraldine
Joseph, Vickie
Keller, Jr., Forest
Kelly, Cheryl Ann
Kelly, Karen Joyce
Kelly, Ralph
Kemper, Darlene
Kemper, Brandy (a minor)
Kemper, Elroy Glenn
Kemper, Tonya
Kemper, Crystal
Kemper, Patrina G.
Simms, Jerone D. (a minor)
Kemper, Shewana R.
Kennerson, Latrevia Kamese
Kirt, Tracy
Joseph, Jr., Robert (a minor)
Joseph, Robin (a minor)
Lacey, Katie Pete
Guillory, Eric (a minor)
Laday, Linda
Ladell, Downs
LaPointe, Jr., William
Lavine, Frederick Lynn
Lawrence, Nanette
Lawrence, LaShawna D. (a minor)
LeBlanc, Mary L.
LeBlanc, Courtney (a minor)
LeBlanc, Myla N.
Lee, Norma Jean

**Exhibit B-1**                                         9

Leget, Deloris M. Trice
Leviege, Roy
Levine, Adolph D.E.
Levine, Sandra Kay
Captain, Kendra Roshonda
Lewis, Anthonia A.
Lewis, Demetrius P.
Lewis, Edna
Lewis, Gertrude
Lewis, Jr., James
Lewis, Johnny J.
Lewis, Joshonda M.
Lewis, Pearl
Living, Etienne
Locket, Jr., Beult
Lyons, Sr., Arthur Charles
Lyons, Clarence
Lyons, Keith
Lyons, Kevin D.
Lyons, Marsha
Mack, William Anthony
Maiben, Eric G.
Marshall, Jerene
Marshall, Henry (Estate of)
Marshall, Irene (Estate of)
Marshall, Leonard M.
Marshall, Myrtle Denise
Martin, III, Farnzo
Mayfield, Ida
Mayon, Mildred
Mayon, Demond (a minor)
Mayon, Devin
Mayon, Tahida
Mays, Jonathan Keith
Maze, Vernon T.
McCarty, Jr., Hebert
McClain, Jennie
McDaniel, Irene
McDaniel, Lawyer
McElroy, Margaret Sherman
McGlory, Bernice
McMillian, Lois L.
McMillian, Michael Brandon (a minor)

McMillian, Michael D.
McNeal, Anthony LaTroy
McNeal, Charley
McNeal, Grace
McNeal, Jr., Robert
Meaux, Arbetra T.
Metoyer, Samantha
Metoyer, Sharon Denise
Metoyer, Jr., Joseph V.
Mike, Mythesia Patrice (a minor)
Mitchell, James Earl
Mitchell, Jr., James (a minor)
Mitchell, Stanley E.
Mitchell, LaDonna (a minor)
Mitchell, Eric (a minor)
Montgomery, Yasmin
Moore, Charlotte
Moore, Francis Erma J.
Mosely, Ella
Mouton, Emmet Ray
Mouton, Romell
Mullin, Florida
Mullin, Jr., R. C.
Mullin, Renasha (a minor)
Mullin, III, R. C. (a minor)
Murray, Mercy
Murray, Laurence (a minor)
Murray, Phillip (a minor)
Nabors, Shirley Ann
Nabors, J'Angelo (a minor)
Powell, Johnny (a minor)
Nelson, Jr., Earl
Newman, Jermel
Newman, Wilma
Nichols, Annie
Nichols, Danny
Nichols, Jerry
Orebo, Wally
Orphe, Joseph
Orphe, Naomi
Otis, III, Herbert L.

Outley, Brandon

**Exhibit B-1**                                       11

Outley, Deric
Paris, Beulah
Paris, Sr., Michael Ray
Paris, Patricia
Lewis, Johnnie
Perro, Gail
Fields, Therowayne
Fields, Eurick (a minor)
Roy, Courtney (a minor)
Pete, Earnest L.
Pete, Gertrude
Pete, Landry (Estate of)
Pete, Kimberly (a minor)
Pitre, Jr., Frank
Pitre, Ramona
Pitre, Haley (a minor)
Porterie, Allen
Prevost, Jared
Prevost, Teavrean (a minor)
Pritchett, Jr., William Allen
Provost, Ala Lee
Provost, Barbara
Provost, Jr., Leo
Pugh, Jacqueline Marie
Pugh, Jo Ann
Pugh, Willie L.
Pugh, Jr., Willie L.
Randle, Avery John
Randle, Marvin
Randle, Ola Mae
Randle, Regina
Ratcliff, Delvarie Francis
Rayford, Henriette
Cohea, Willliam (a minor)
Conyers, Jr., Eric (a minor)
Rayford, Johnny
Rayford, William
Reed, Agnes Ruth
Reed, Shanise (a minor)
Roach, Selena W.
Robinson, Wandalyn D.
Rollins, Yolanda
Rollins, Jasmine (a minor)

**Exhibit B-1**                    12

Rollins, Calron (a minor)
Jones, Regan (a minor)
Rose, Sonya Teraz
Roy, Charles
Roy, Roxanne Nico
Ruff, Celerina Lago
Ruff, Gabriel Lago (a minor)
Ruffin, Audrey Mae
Ruffin, John Wesley
Ruffin, John Charles (a minor)
Ryans, Mable
Sams, Shirley Ann
Scott, Joel Damian
Scott, Kaven
Scott, Margia Nell
Seals, LaJuana
Keller, Precious
Keller, Marcque (a minor)
Sherman, Doretha
Sherman, Clarence
Sherman, Jr., James
Sigur, Yolanda
Simon, Cathy
Simon, Katherine
Sly, Ramsey
Smith, Erma L.
Smith, Gregory Wayne
Smith, Howard Deon
Smith, James A.
Smith, Sr., James Everiett
Smith, John L.
Smith, Mary Louise
Smith, Monica R.
Smith, Pauline F.
Smith, Ree E.
Smith, Rhonda Renee
Smith, Tina
Buchanan, Craig
Smith, Veronica
Sneed, Una Lee Provost
Soularie, Catherine
Stewart, Bridghett G.
Stewart, Halliree B.

**Exhibit B-1**                                13

Stills, Betty R.
Strickland, Amerlee
Swan, Leona
Taylor, Clara
Taylor, Alicia Skye (a minor)
Taylor, Elijah
Texada, Jr., Remus
Texada, III, Remus (a minor)
Tezeno, Donald Ray
Thomas, Darrell
Thomas, Leverta
Thomas, Miranda
Thompson, Ronald Levi
Todd, Russell
Trahan, Jean
Trahan, Joshua (a minor)
Trahan, Jr., Nelson Joseph
Trahan, Michell
Trice, Anthony Wayne
Trice, Eugene
Trice, Gertrude
Turner, Lillie Mae
Tyree, Pervis
Tyree, Joshua (a minor)
Tyree, Alicia D. (a minor)
Valsin, Patricia Ann
Veal, Jennie Marie
Veal, Johnnie
Veal, Lakeisha
Williams, Lakindra (a minor)
Williams, Kanisha (a minor)
Viltz, Damian Kenry
Moore, Melvin (Estate of)
Viltz, Jermel Jude (a minor)
Waddy, Jr., Elwart
Walker, Donald
Wallace, Damon
Wallace, Dana
Wallace, Tasha Spradley (a minor)
Walls, Nathaniel
Washington, Barbara
Washington, Laquisha
Smith, Devon M. (a minor)

**Exhibit B-1**                                    14

Washington, Mary H.
Washington, Michelle
Washington, Chelsea (a minor)
Washington, Scott (a minor)
Washington, Torry (a minor)
Washington, Sandra
Waters, Eloise
Watson, Patrick T.
Watson, Wendy
Wells, Linda Gail
Wells, Sharon
Wells, Norika Iisha (a minor)
Mayfield, Ainsley (a minor)
Mayfield, Ariel (a minor)
White, Albert (a minor)
Wiggins, Claudia
William, Sarah
Williams, Alexia Ann
Williams, Audrey Lee
Simpson, Easton (a minor)
Williams, April Denise
Williams, Brenda
Williams, Denise
Williams, Elouise
Williams, Joseph Charles, Jr.
Williams, Katisa
Williams, Lacy, Jr., (Estate of)
Williams, Lajuan Centrell
Williams, Lena
Williams, Richard Sr.
Williams, Jr., Richard
Williams, Rachel
Williams, Tareishia (a minor)
Williams, Reginald
Williams, Ronnie Todd
Williams, Stephanie
Williams, Sylvia
Williams, Wanda
Wiltz, Marcie
Williams, Felder (a minor)
Wilson, Annie B.
Wilson, Kathleen
Wilson, Joshua

**Exhibit B-1**                                  15

Wilson, Marvin (a minor)
Wilson, Marlene
Wilson, Sara H.
Wilson, Simmie III
Wilson, Sylvia Ruth
Wilson, Wilton
Wiltz, Barbara Ann
Wiltz, Joseph, Jr.
Wiltz, Mertha
Wiltz, Michael
Woods, John Edward
Woods, Mary Yolanda
Woodson, Martha Fay
Young, Joseph, III
Young, Lois H.
Younger, Gloria Dean
Yowman, Lawrence Reginald
Kelly, Shirley
Clark, Jennifer (a minor)
Lavalais, Joyce Marie
Prichett, William
Rogers, Lemetria
Anderson, Cheryl Ann
Bazile, Lester
Brown, Ronzell Cash
Chamber, Memphis
Chretien, Verdna
Davenport, Louella
Daw, Willie
Day, Howard
Diamond, Carlton
Diamond, Mary Frances
Diamond, Dacque
Dixon, Charles Rey
Eaglin, Portia
Fontenette, Eva
Fontenette, Fabare V. Booker
Foreman, Elnora
Foreman, Lacy (Estate of)
Francis, Percy, Sr.
Francis, Percy, Jr.
Francis, Pernell
Francis, Peter

**Exhibit B-1**                    16

Francis, Regina
Francis, LaDawnya (a minor)
Francis, Sr., Walter
Francis, Mary
Francis, Walter Jr.
Lewis, Curtis
Freeman, Cory
Gilder, Teffany Monique
Gipson, Lavern
Guidry, Louis L., Jr.
Harmon, Eugene
Harmon, Eugene, Jr.
Harmon, Helen
Harmon, Regina
Henderson, Denyel R.
Holmes, Tara
James, Lillian Mae
Johnson, Charlene B.
Ivory, Corey (a minor)
Lyons, Bobbylin
Lyons, Jacqueline Moore
Marshall, Evelyn
McKenzie, Maudry Mae Dugan (Estate of)
McKenzie, Tom (Estate of)
Marshall, Julyette Bass Matthews
McDaniel, Algenon
Moore, Larry
Moore, Lois
Moore, Marvin E.
Naulings, Tommy
Neveaux, Evelyn
Nichols, Carolyn
Nichols, Shalonda (a minor)
Nichols, Terrel (a minor)
Nichols, LaShonda (a minor)
Nichols, Charles
Nichols, James A.
Nichols, Leola
Perro, Eldora
Perro, Alvin (Estate of)
Richardson, Paula
Roberts, Bessie
Roberts, Charles (Estate of)

**Exhibit B-1**                                        17

Collins, Florence (Estate of)
Collins, Samuel (Estate of)
Roberts, Carl
Roberts, Chantay
Roberts, Charlene
Roy, Mary Ann
Washington, Mary (Estate of)
Washington, Sr., Cornelius (Estate of)
Washington, Jr., Cornelius (Estate of)
Rushion, Ferron
Scott, Barbara J.
Scott, Willie D.
Simon, Emma Jean
Stephens, Patricia
Stewart, John G.
Thomas, Loren
Toson, Johnathan
Brock, Eunice Von
Waddy, Ronald LaDay (a minor)
Walker, Henry
Washington, DeAndrea (a minor)
Washington, Yvette Marie
Waters, Eloise
White, Darrell Wayne
Kemper, Harvey (Estate of)
Williams, Dontrell
Williams, Ellis
Williams, Ruthie
Williams, Yvonne
Willmore, Janette Marie
Youman, Carroll
Youman, Charles

**Exhibit B-1**            18